IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA COYLE, et al.               :        CIVIL ACTION
                                    :
         vs.                        :
                                    :        NO. 03-965
HESSEL BRUCE VERHAGE, et al.

O R D E R

**AND NOW, TO WIT:** This 13th day of August, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
           Eileen Adler
           Deputy Clerk

8/13/03 copies mailed to:
Charles Jay Bogdanoff, Esq.
Stewart B. Liebman, Esq.

Civ 2 (8/2000)
41(b).frm